**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: SWANSON, CARL | § Case No. 11-81264 |
| | § |
| | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 28, 2011. The undersigned trustee was appointed on March 28, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         390,798.52

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | 130,000.00 |
    | Administrative expenses | 70,382.54 |
    | Bank service fees | 4,492.58 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of [1]  $ | 185,923.40 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 08/18/2011 and the deadline for filing governmental claims was 08/18/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $22,664.93. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $22,664.93, for a total compensation of $22,664.93.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/18/2014        By: /s/BERNARD J. NATALE
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-81264  
**Case Name:** SWANSON, CARL  

**Period Ending:** 06/18/14  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/28/11 (f)  
**§341(a) Meeting Date:** 05/02/11  
**Claims Bar Date:** 08/18/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1901 N. River Road, Algonquin, Illinois 60102 | 425,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Cash on hand | 450.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account at Algonquin State Bank | 1,500.00 | 1,399.84 | | 0.00 | FA |
| 4 | Account at Scotttrade | 9.63 | 9.63 | | 0.00 | FA |
| 5 | Household goods and furnnishings, two computers, | 10,000.00 | 8,000.00 | | 0.00 | FA |
| 6 | Misc. Paper back books, old records, video, prin | 2,000.00 | 1,000.00 | | 0.00 | FA |
| 7 | Necessary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Old (16 years) Rolex watch, Citizen's dive watch | 2,000.00 | 1,550.16 | | 0.00 | FA |
| 9 | Misc firearms, antique outboard motor, pool cues | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 10 | 100% of shares in Commercial Property Associates | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 11 | 50% interest in Spring Hill Center CC 1, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 50% interest in Spring Hill Center CC II, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Claim against Chase Bank, USA for unauthorized u | Unknown | 0.00 | | 0.00 | FA |
| 14 | 1931 Model A Ford | 6,500.00 | 6,500.00 | | 0.00 | FA |
| 15 | 1999 Acura NSX | 21,000.00 | 18,600.00 | | 0.00 | FA |
| 16 | 2001 Ford E-350 Dutchman RV | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 17 | 50% interest in 1999 International 18 foot box t | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 18 | 17 foot canoe | 400.00 | 400.00 | | 0.00 | FA |
| 19 | 1994 23 foot Mariah Boat with trailer (non runni | 5,700.00 | 5,700.00 | | 0.00 | FA |
| 20 | 12 foot Northwood Row Boat with trailer | 400.00 | 400.00 | | 0.00 | FA |
| 21 | 14 foot Lund row boat with trailer | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 22 | John Deere Skidsteer Loader | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 23 | Funds held by Allen Shapiro for the benefit and | 179,482.17 | 179,482.17 | | 180,484.30 | FA |
| 24 | Gold & Silver Coins  (u) | 0.00 | 90,000.00 | | 82,814.22 | FA |
| 25 | Global Settlement of all Personal Property | 0.00 | 125,000.00 | | 125,000.00 | FA |
| 26 | Lawsuit against Amcore Bank   10 CV 03357  (u) | Unknown | 0.00 | | 0.00 | FA |
| 26 | **Assets   Totals** (Excluding unknown values) | **$703,441.80** | **$486,541.80** | | **$388,298.52** | **$0.00** |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-81264  
**Case Name:** SWANSON, CARL  

**Period Ending:** 06/18/14

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/28/11 (f)  
**§341(a) Meeting Date:** 05/02/11  
**Claims Bar Date:** 08/18/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

TAX RETURNS FILED APRIL 7, 2014. TRUSTEE WAITING 60 DAYS FOR PROMPT DETERMINATION OF TAXES WITH FINAL REPORT TO FOLLOW THEREAFTER.

**Initial Projected Date Of Final Report (TFR):** December 31, 2012   **Current Projected Date Of Final Report (TFR):** August 31, 2014

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-81264  
**Case Name:** SWANSON, CARL  
**Taxpayer ID #:** **-***9776  
**Period Ending:** 06/18/14  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $472,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/23/13 | {23} | Allen Shapiro Client Fund | Compromise | 1129-000 | 180,484.30 | | 180,484.30 |
| 01/28/13 | 101 | Northwest Bank of Rockford | Ref # SAFETY DEPOSIT BOX | 2420-000 | | 105.00 | 180,379.30 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.56 | 180,318.74 |
| 02/05/13 | 102 | Arsenal Asset Acquisitions, Inc | Ref # SETTLEMENT PER ORDER DATED 12/25/12 & AGREEMENT | 4210-000 | | 40,000.00 | 140,318.74 |
| 02/05/13 | 103 | Arsenal Asset Acquisitions, Inc | Ref # SAF DEP BOX RENTAL 2012 | 2420-000 | | 110.00 | 140,208.74 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 211.30 | 139,997.44 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.65 | 139,802.79 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 214.48 | 139,588.31 |
| 05/02/13 | {25} | Thomas E. Laughlin, Attorney Trust Account | Pymt on Global Settlement by C Swanson | 1129-000 | 25,000.00 | | 164,588.31 |
| 05/09/13 | {24} | Chicago Precious Metals Exchange, LLC | Partial payment - 20% of balance due on Gold & Silver Coins | 1229-000 | 16,562.84 | | 181,151.15 |
| 05/21/13 | {24} | Chicago Precious Metals Exchange, LLC | Remaining Balance Due on Gold & Silver Coins | 1229-000 | 66,251.38 | | 247,402.53 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 286.29 | 247,116.24 |
| 06/03/13 | 104 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #11-81264, Pymt Bond #016018067 Voided on 06/03/13 | 2300-003 | | 186.39 | 246,929.85 |
| 06/03/13 | 104 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #11-81264, Pymt Bond #016018067 Voided: check issued on 06/03/13 | 2300-003 | | -186.39 | 247,116.24 |
| 06/03/13 | 105 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #11-81264, Pymt of Bond #016018067 for 06/01/13 to 06/01/14 | 2300-000 | | 192.49 | 246,923.75 |
| 06/12/13 | 106 | TCF National Bank | Payment per Compromise between Estate and TCF Bank | 4110-000 | | 75,000.00 | 171,923.75 |
| 06/24/13 | {25} | David T. Grisamore IOLTA | Final Payment on Compromise with C Swanson | 1129-000 | 100,000.00 | | 271,923.75 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 313.60 | 271,610.15 |
| 07/03/13 | 107 | BERNARD J. NATALE, LTD | PAYMENT OF INTERIM ATTORNEY FEES & EXPENSES | | | 31,684.79 | 239,925.36 |
| | | | Ref # 05/10/11-06/11/13        31,582.00 | 3110-000 | | | 239,925.36 |
| | | | Ref # 05/10/11-06/11/13        102.79 | 3120-000 | | | 239,925.36 |
| 07/09/13 | 108 | TCF Bank | Final Payment Re: Compromise Settlement | 4110-000 | | 15,000.00 | 224,925.36 |

Subtotals :    $388,298.52    $163,373.16

{} Asset reference(s)

Printed: 06/18/2014 12:33 PM    V.13.15

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-81264  
**Case Name:** SWANSON, CARL  
**Taxpayer ID #:** **-***9776  
**Period Ending:** 06/18/14

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $472,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | between Estate of C Swanson & TCF Bank | | | | |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 379.45 | 224,545.91 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 322.97 | 224,222.94 |
| 09/10/13 | | Polsinelli | Refund of overpayment to TCF on Check # | 1290-002 | 2,500.00 | | 226,722.94 |
| 09/24/13 | 109 | CRAIG WILLETTE | Pymt of Special Counsel Fees and Expenses | | | 38,037.26 | 188,685.68 |
| | | | Pymt of SC Attorney   37,362.50<br>Fees Per Order Entered<br>9/23/13 | 3210-600 | | | 188,685.68 |
| | | | Pymt of Special Counsel   674.76<br>Expenses Per Order<br>dated 9/23/13 | 3220-610 | | | 188,685.68 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 313.79 | 188,371.89 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 301.71 | 188,070.18 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 252.47 | 187,817.71 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 297.17 | 187,520.54 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 278.71 | 187,241.83 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 251.36 | 186,990.47 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 259.99 | 186,730.48 |
| 04/07/14 | 110 | Illinois Department of Revenue | Tax ID 30-6349776 | 2820-000 | | 253.00 | 186,477.48 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 286.28 | 186,191.20 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 267.80 | 185,923.40 |
| | | | **ACCOUNT TOTALS** | | 390,798.52 | 204,875.12 | **$185,923.40** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 390,798.52 | 204,875.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$390,798.52** | **$204,875.12** | |

|  |  |
|---:|---:|
| Net Receipts : | 390,798.52 |
| Less Other Noncompensable Items : | 2,500.00 |
| Net Estate : | $388,298.52 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******4166 | 390,798.52 | 204,875.12 | 185,923.40 |
| | $390,798.52 | $204,875.12 | $185,923.40 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 18, 2011

**Case Number:** 11-81264　　**Debtor Name:** SWANSON, CARL

Page: 1

**Date:** June 18, 2014　**Time:** 12:33:34 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| SP 199 | CRAIG WILLETTE<br>YALDEN, OLSEN & WILLETTE<br>1318 E STATE STREET<br>ROCKFORD, IL 61104 | Admin Ch. 7 | Approved pursuant to order entered on 9/23/13 | $37,362.50 | $37,362.50 | 0.00 |
| BOND 199 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Admin Ch. 7 | | $192.49 | $192.49 | 0.00 |
| BOND 199 | INTERNATIONAL SURETIES, LTD<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Admin Ch. 7 | | $0.00 | $0.00 | 0.00 |
| TRTE 199 | BERNARD J. NATALE<br>6833 STALTER DRIVE<br>SUITE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | | $22,664.93 | $0.00 | 22,664.93 |
| SPEXP 199 | CRAIG WILLETTE<br>YALDEN, OLSEN & WILLETTE<br>1318 E STATE STREET<br>ROCKFORD, IL 61104 | Admin Ch. 7 | Approved pursuant to order entered on 9/23/13 | $674.76 | $674.76 | 0.00 |
| FINEXP 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | | $20.90 | $0.00 | 20.90 |
| INTEXP 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | 05/10/11-06/11/13 | $102.79 | $102.79 | 0.00 |
| ARSENAL 199 | Arsenal Asset Acquisitions, Inc<br>% Attorney Thomas Lester<br>P O Box 1389<br>Rockford, IL 61105 | Admin Ch. 7 | SAF DEP BOX RENTAL 2012<br>Reimbursement of safety deposit box rental for 2012. | $110.00 | $110.00 | 0.00 |
| BKCOURT 199 | CLERK OF THE BANKRUPTCY COURT<br>327 S CHURCH STREET<br>ROOM 1100<br>ROCKFORD, IL 61101 | Admin Ch. 7 | ADVERSARY FEES (5)<br>FILING FEE FOR 5 ADVERSARY CASES 12-96065,012-96066,012-96067, 12-96075, 12-96109 | $1,465.00 | $0.00 | 1,465.00 |
| FINATTY 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | | $4,336.50 | $0.00 | 4,336.50 |
| INTATTY 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | 05/10/11-06/11/13 | $31,582.00 | $31,582.00 | 0.00 |
| IDOR201 199 | Illinois Department of Revenue<br>P O Box 19053<br>Springfield, IL 62794-9053 | Admin Ch. 7 | 30-6349776/2013 STATE TAX | $253.00 | $253.00 | 0.00 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 18, 2011

**Case Number:** 11-81264  
**Debtor Name:** SWANSON, CARL

Page: 2

**Date:** June 18, 2014  
**Time:** 12:33:35 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NWB2013 199 | Northwest Bank of Rockford<br><br>Rockford, IL | Admin Ch. 7 | SAF DEP BOX RENTAL 2013 | $105.00 | $105.00 | 0.00 |
| 7 570 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Priority | Claim amended on 09/09/13 | $4,705.87 | $0.00 | 4,705.87 |
| 8 570 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Priority | | $11,022.00 | $0.00 | 11,022.00 |
| 6 950 | Arsenal Asset Acquisitions, Inc.<br>c/o Thomas J. Lester<br>P O Box 1389<br>Rockford, IL 61105 | Secured | Order entered on 06/02/14 sustaining objection to claim denying in its entirety. | $0.00 | $0.00 | 0.00 |
| ARSENAL 950 | Arsenal Asset Acquisitions, Inc<br>% Attorney Thomas Lester<br>P O Box 1389<br>Rockford, IL 61105 | Secured | SETTLEMENT<br>Per Order Entered by Bankruptcy Court on 12/26/12 | $40,000.00 | $40,000.00 | 0.00 |
| 1 610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $755.24 | $0.00 | 755.24 |
| 2 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $4,202.00 | $0.00 | 4,202.00 |
| 3 610 | First Midwest Bank<br>c/o Locke Lord Bissell & Liddell LLP<br>111 S. Wacker Drive<br>Chicago, IL 60606 | Unsecured | Order entered 06/02/14 sustaining objection that claim be allowed as a general unsecured claim. | $400,000.00 | $0.00 | 400,000.00 |
| 4 -2 610 | TCF Bank<br>c/o Peter J. Schmidt,Polsinelli Shughart,161 N. Clark St., Suite 4200<br>Chicago, IL 60601 | Unsecured | | $368,156.29 | $0.00 | 368,156.29 |
| 5 610 | Bayview Loan Serviciing LLC<br>Colleen E McManus/Autumn L. Sharp<br>216 S Jefferson Ste 504<br>Chicago, IL 60661 | Unsecured | Claim was amended on 4/08/14 | $1,210,146.67 | $0.00 | 1,210,146.67 |
| **<< Totals >>** | | | | 2,137,857.94 | 110,382.54 | 2,027,475.40 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 11-81264
Case Name: SWANSON, CARL
Trustee Name: BERNARD J. NATALE

**Balance on hand:** $ 185,923.40

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Arsenal Asset Acquisitions, Inc. | 439,691.97 | 0.00 | 0.00 | 0.00 |
| ARSENAL | Arsenal Asset Acquisitions, Inc | 40,000.00 | 40,000.00 | 40,000.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 185,923.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 22,664.93 | 0.00 | 22,664.93 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 35,918.50 | 31,582.00 | 4,336.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 123.69 | 102.79 | 20.90 |
| Charges, U.S. Bankruptcy Court | 1,465.00 | 0.00 | 1,465.00 |
| Other Fees: CRAIG WILLETTE | 37,362.50 | 37,362.50 | 0.00 |
| Other Expenses: Arsenal Asset Acquisitions, Inc | 110.00 | 110.00 | 0.00 |
| Other Expenses: CRAIG WILLETTE | 674.76 | 674.76 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 192.49 | 192.49 | 0.00 |
| Other Expenses: Illinois Department of Revenue | 253.00 | 253.00 | 0.00 |
| Other Expenses: Northwest Bank of Rockford | 105.00 | 105.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 28,487.33
Remaining balance: $ 157,436.07

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 157,436.07 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $15,727.87 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Internal Revenue Service | 4,705.87 | 0.00 | 4,705.87 |
| 8 | Illinois Department of Revenue | 11,022.00 | 0.00 | 11,022.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 15,727.87 |
| Remaining balance: | $ | 141,708.20 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,983,260.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Centurion Bank | 755.24 | 0.00 | 53.96 |
| 2 | Chase Bank USA, N.A. | 4,202.00 | 0.00 | 300.24 |
| 3 | First Midwest Bank | 400,000.00 | 0.00 | 28,580.86 |
| 4 -2 | TCF Bank | 368,156.29 | 0.00 | 26,305.56 |
| 5 | Bayview Loan Serviciing LLC | 1,210,146.67 | 0.00 | 86,467.58 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 141,708.20 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**