## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: SWANSON, CARL                                    §      Case No.  11-81264
                                                        §
                                                        §
Debtor(s)                                               §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
BERNARD J. NATALE_____ , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

     The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

     Clerk of The U S Bankruptcy Court
     327 S Church Street, Room 1100
     Rockford IL 61101

     Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 07/30/2014 in Courtroom 3100, United States Courthouse,
327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  06/18/2014          By:  /s/BERNARD J. NATALE
                                                      Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: SWANSON, CARL                       §   Case No. 11-81264
                                           §
                                           §
Debtor(s)                                  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*            $_____390,798.52

*and approved disbursements of*                 $_____204,875.12

*leaving a balance on hand of*  [1]             $_____185,923.40

**Balance on hand:**                            $_____185,923.40

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Arsenal Asset Acquisitions, Inc. | 439,691.97 | 0.00 | 0.00 | 0.00 |
| ARSENAL | Arsenal Asset Acquisitions, Inc | 40,000.00 | 40,000.00 | 40,000.00 | 0.00 |

Total to be paid to secured creditors:   $_____0.00
Remaining balance:                        $   185,923.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 22,664.93 | 0.00 | 22,664.93 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 35,918.50 | 31,582.00 | 4,336.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 123.69 | 102.79 | 20.90 |
| Charges, U.S. Bankruptcy Court | 1,465.00 | 0.00 | 1,465.00 |
| Other Fees: CRAIG WILLETTE | 37,362.50 | 37,362.50 | 0.00 |
| Other Expenses: Arsenal Asset Acquisitions, Inc | 110.00 | 110.00 | 0.00 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Other Expenses: CRAIG WILLETTE | 674.76 | 674.76 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 192.49 | 192.49 | 0.00 |
| Other Expenses: Illinois Department of Revenue | 253.00 | 253.00 | 0.00 |
| Other Expenses: Northwest Bank of Rockford | 105.00 | 105.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $  28,487.33
Remaining balance: $  157,436.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $  0.00
Remaining balance: $  157,436.07

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $15,727.87 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Internal Revenue Service | 4,705.87 | 0.00 | 4,705.87 |
| 8 | Illinois Department of Revenue | 11,022.00 | 0.00 | 11,022.00 |

Total to be paid for priority claims: $  15,727.87
Remaining balance: $  141,708.20

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,983,260.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Centurion Bank | 755.24 | 0.00 | 53.96 |
| 2 | Chase Bank USA, N.A. | 4,202.00 | 0.00 | 300.24 |
| 3 | First Midwest Bank | 400,000.00 | 0.00 | 28,580.86 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 4 -2 | TCF Bank | 368,156.29 | 0.00 | 26,305.56 |
| 5 | Bayview Loan Serviciing LLC | 1,210,146.67 | 0.00 | 86,467.58 |

Total to be paid for timely general unsecured claims: $ 141,708.20

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:  /s/BERNARD J. NATALE

Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 11-81264-TML
Carl Swanson                                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez          Page 1 of 2          Date Rcvd: Jun 19, 2014
                              Form ID: pdf006        Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2014.
db          +Carl Swanson,   1901 North River Road,   Algonquin, IL 60102-2467
17026499    +Amcore Bank, N.A.,   c/o Much Shelist,   191 N. Wacker DR., Suite 1800,   Chicago, IL 60606-1631
17026500    +American Express,   c/o Becket and Lee LLP,   P.O. Box 3001,   Malvern, PA 19355-0701
17026501     American Express,   Box 0001,   Los Angeles, CA 90096-8000
17384542     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17373774    +Arsenal Asset Acquisitions INc,   1810 N Sedgwick St,   Chicago, IL 60614-5306
17687434    +Arsenal Asset Acquisitions, Inc.,   c/o Thomas J. Lester,   Hinshaw & Culbertson LLP,
              100 Park Avenue,   Rockford, IL 61101-1099
17026502    +Bayview Bank CCI,   c/o Tracey Hendrick,   4425 Ponce de Leon Blvd.,
              Carol Gables, FL 33146-1873
17685776    +Bayview Loan Servicing, LLC,   Servicer for BMO,N.A.,   Colleen Dash, LLC,
              216 S. Jefferson St., Ste 504,   Chicago, IL 60661-5698
17026503     Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
17026504    +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
17398619     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17482968    +First Midwest Bank,   c/o Locke Lord Bissell & Liddell LLP,   111 S. Wacker Drive,
              Chicago, IL 60606-4302
17026506     First Midwest Bank,   c/o Locke Lord Bissell & Liddell LL,   1111 S. Wacker Drive,
              Chicago, IL 60606-4410
17026507    +GMAC,   Attention: Bankruptcy Dept.,   1100 Virginia Drive,   Fort Washington, PA 19034-3204
18117274     Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
17026508    +JP Morgan Chase CCII,   P.O. Box 650528,   Dallas, TX 75265-0528
17026509    +Kililis, Ridings & Vonau,   730 E. Terra Cotta Ave,   B-1,   Crystal Lake, IL 60014-3615
17026511    +Perl & Goodsnyder,   14 N. Peoria Street,   Suite 2C,   Chicago, IL 60607-2644
17373775    +Spring HIll Center CC II LLC,   852 Commerce Parkway,   Carpentersville, IL 60110-1721
17670166    +TCF Bank,   c/o Peter J. Schmidt,   Polsinelli Shughart,   161 N. Clark St., Suite 4200,
              Chicago, IL 60601-3316
17026514    +TCF National Bank,   800 Burr Ridge Parkway,   Hinsdale, IL 60527-6486
17026513    +TCF National Bank,   c/o Polsinelli Shughart PC,   161 N. Clark St., Suite 4200,
              Chicago, IL 60601-3316
17026515    +Zank, Coen & Wright,   40 Brink Street,   Crystal Lake, IL 60014-4373

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17026505    +E-mail/Text: fmb.bankruptcy@firstmidwest.com Jun 20 2014 00:10:17     First Midwest,
              c/o Paul Kaskela,   1 Pierce Pl,   Itasca, IL 60143-1254
18007925     E-mail/Text: cio.bncmail@irs.gov Jun 20 2014 00:09:20     Internal Revenue Service CIO,
              11601 Roosevelt Blvd,   Mail Drop Point N781,   Philadelphia PA 19154
18013005     E-mail/Text: cio.bncmail@irs.gov Jun 20 2014 00:09:20     Internal Revenue Service,   POB 7346,
              Philadelphia, PA 19101-7346
17026510    +E-mail/Text: bankrup@aglresources.com Jun 20 2014 00:08:49     Nicor Gas,
              Attention: Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
                                                                                       TOTAL: 4


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17482969*   +First Midwest Bank,   c/o Locke Lord Bissell & Liddell LLP,   111 S. Wacker Drive,
              Chicago, IL 60606-4302
17026512*   +Perl & Goodsnyder,   14 N. Peoria St., Suite 2C,   Chicago, IL 60607-2644
                                                                         TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-3        User: cshabez           Page 2 of 2              Date Rcvd: Jun 19, 2014
                           Form ID: pdf006          Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2014 at the address(es) listed below:

          Andrew J Nelson    on behalf of Creditor   GMAC Mortgage, LLC anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Bernard J Natale    on behalf of Spec. Counsel Craig  Willette natalelaw@bjnatalelaw.com
          Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
          Bernard J Natale    natalelaw@bjnatalelaw.com,  IL42@ecfcbis.com
          Christopher M Brown    on behalf of Creditor   GMAC Mortgage, LLC northerndistrict@atty-pierce.com,
           cbrown@atty-pierce.com
          Colleen E McManus    on behalf of Creditor   BMO Harris Bank N.A. cmcmanus@carlsondash.com,
           knoonan@carlsondash.com;achew@carlsondash.com
          Craig A Willette    on behalf of Plaintiff Bernard  Natale, Trustee craigwillette@comcast.net
          Craig A Willette    on behalf of Spec. Counsel Craig  Willette craigwillette@comcast.net
          Craig A Willette    on behalf of Plaintiff   Bernard Natale - Trustee craigwillette@comcast.net
          David T Grisamore    on behalf of Creditor   Spring Hill Center CC II, LLC dgriz67@sbcglobal.net
          David T Grisamore    on behalf of Defendant   Spring Hill Center CC II, LLC dgriz67@sbcglobal.net
          Jean Soh   on behalf of Creditor   TCF National Bank jsoh@polsinelli.com,
           chicagodocketing@polsinelli.com
          Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
           mbolte@bjnatalelaw.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Peter J Schmidt    on behalf of Creditor   TCF National Bank pschmidt@polsinelli.com,
           chicagodocketing@polsinelli.com
          Peter J Schmidt    on behalf of Defendant   TCF National Bank pschmidt@polsinelli.com,
           chicagodocketing@polsinelli.com
          Peter J Schmidt    on behalf of Plaintiff   TCF NATIONAL BANK pschmidt@polsinelli.com,
           chicagodocketing@polsinelli.com
          Scott E Hillison    on behalf of Trustee Bernard J Natale hillison@pacatrust.com
          Thomas E. Laughlin    on behalf of Defendant Carl  Swanson tloff@aol.com
          Thomas E. Laughlin    on behalf of Debtor Carl  Swanson tloff@aol.com
          Thomas J Lester    on behalf of Creditor   Arsenal Asset Acquistions, Inc. tlester@hinshawlaw.com,
           ryoung@hinshawlaw.com
                                                                            TOTAL: 21