# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: SWANSON, CARL                                       § Case No. 11-81264
                                                           §
                                                           §
                                                           §
Debtor(s)                                                  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $523,959.63                    Assets Exempt: $6,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $287,436.07     Claims Discharged
                                                 Without Payment: $8,022,378.18

Total Expenses of Administration: $103,362.45

   3) Total gross receipts of $ 390,798.52 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $390,798.52 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $842,467.71 | $569,691.97 | $130,000.00 | $130,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 103,362.45 | 103,362.45 | 103,362.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 15,727.87 | 15,727.87 | 15,727.87 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 9,029,167.18 | 1,983,260.20 | 1,983,260.20 | 141,708.20 |
| **TOTAL DISBURSEMENTS** | $9,871,634.89 | $2,672,042.49 | $2,232,350.52 | $390,798.52 |

4) This case was originally filed under Chapter 7 on March 28, 2011. The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/25/2014          By: /s/BERNARD J. NATALE
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Refund of overpayment to TCF on Check # | 1290-002 | 2,500.00 |
| Funds held by Allen Shapiro for the benefit and | 1129-000 | 180,484.30 |
| Gold & Silver Coins | 1229-000 | 82,814.22 |
| Global Settlement of all Personal Property | 1129-000 | 125,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$390,798.52** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Arsenal Asset Acquisitions, Inc. | 4110-000 | 421,932.71 | 439,691.97 | 0.00 | 0.00 |
| ARSENAL | Arsenal Asset Acquisitions, Inc | 4210-000 | N/A | 40,000.00 | 40,000.00 | 40,000.00 |
| NOTFILED | Spring Hill Center CC II, LLC | 4110-000 | 196,147.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC Mortgage | 4110-000 | 224,388.00 | N/A | N/A | 0.00 |
| | TCF National Bank | 4110-000 | N/A | 75,000.00 | 75,000.00 | 75,000.00 |
| | TCF Bank | 4110-000 | N/A | 15,000.00 | 15,000.00 | 15,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$842,467.71** | **$569,691.97** | **$130,000.00** | **$130,000.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CRAIG WILLETTE | 3210-600 | N/A | 37,362.50 | 37,362.50 | 37,362.50 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 192.49 | 192.49 | 192.49 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 22,664.93 | 22,664.93 | 22,664.93 |
| CRAIG WILLETTE | 3220-610 | N/A | 674.76 | 674.76 | 674.76 |
| BERNARD J. NATALE, LTD. | 3220-000 | N/A | 20.90 | 20.90 | 20.90 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 102.79 | 102.79 | 102.79 |
| Arsenal Asset Acquisitions, Inc | 2420-000 | N/A | 110.00 | 110.00 | 110.00 |
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 1,465.00 | 1,465.00 | 1,465.00 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 4,336.50 | 4,336.50 | 4,336.50 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 31,582.00 | 31,582.00 | 31,582.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 253.00 | 253.00 | 253.00 |
| Northwest Bank of Rockford | 2420-000 | N/A | 105.00 | 105.00 | 105.00 |
| Rabobank, N.A. | 2600-000 | N/A | 60.56 | 60.56 | 60.56 |
| Rabobank, N.A. | 2600-000 | N/A | 211.30 | 211.30 | 211.30 |
| Rabobank, N.A. | 2600-000 | N/A | 194.65 | 194.65 | 194.65 |
| Rabobank, N.A. | 2600-000 | N/A | 214.48 | 214.48 | 214.48 |
| Rabobank, N.A. | 2600-000 | N/A | 286.29 | 286.29 | 286.29 |
| Rabobank, N.A. | 2600-000 | N/A | 313.60 | 313.60 | 313.60 |
| Rabobank, N.A. | 2600-000 | N/A | 379.45 | 379.45 | 379.45 |
| Rabobank, N.A. | 2600-000 | N/A | 322.97 | 322.97 | 322.97 |
| Rabobank, N.A. | 2600-000 | N/A | 313.79 | 313.79 | 313.79 |
| Rabobank, N.A. | 2600-000 | N/A | 301.71 | 301.71 | 301.71 |
| Rabobank, N.A. | 2600-000 | N/A | 252.47 | 252.47 | 252.47 |
| Rabobank, N.A. | 2600-000 | N/A | 297.17 | 297.17 | 297.17 |
| Rabobank, N.A. | 2600-000 | N/A | 278.71 | 278.71 | 278.71 |
| Rabobank, N.A. | 2600-000 | N/A | 251.36 | 251.36 | 251.36 |
| Rabobank, N.A. | 2600-000 | N/A | 259.99 | 259.99 | 259.99 |
| Rabobank, N.A. | 2600-000 | N/A | 286.28 | 286.28 | 286.28 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 267.80 | 267.80 | 267.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $103,362.45 | $103,362.45 | $103,362.45 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Internal Revenue Service | 5800-000 | 0.00 | 4,705.87 | 4,705.87 | 4,705.87 |
| 8 | Illinois Department of Revenue | 5800-000 | unknown | 11,022.00 | 11,022.00 | 11,022.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $15,727.87 | $15,727.87 | $15,727.87 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Centurion Bank | 7100-000 | 282.00 | 755.24 | 755.24 | 53.96 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 3,694.00 | 4,202.00 | 4,202.00 | 300.24 |
| 3 | First Midwest Bank | 7100-000 | 400,000.00 | 400,000.00 | 400,000.00 | 28,580.86 |
| 4 -2 | TCF Bank | 7100-000 | 444,365.00 | 368,156.29 | 368,156.29 | 26,305.56 |
| 5 | Bayview Loan Serviciing LLC | 7100-000 | 2,000,000.00 | 1,210,146.67 | 1,210,146.67 | 86,467.58 |
| NOTFILED | Kililis, Ridings & Vonau | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Perl & Goodsnyder | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 224.00 | N/A | N/A | 0.00 |
| NOTFILED | Zank, Coen & Wright | 7100-000 | 3,698.18 | N/A | N/A | 0.00 |
| NOTFILED | Perl & Goodsnyder | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase | 7100-000 | 6,163,528.10 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank, N.A. c/o Much Shelist | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Elan Financial | 7100-000 | 11,325.90 | N/A | N/A | 0.00 |
| NOTFILED | Cardmember Service | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $9,029,167.18 | $1,983,260.20 | $1,983,260.20 | $141,708.20 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-81264  
**Case Name:** SWANSON, CARL  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/28/11 (f)  
**§341(a) Meeting Date:** 05/02/11  

**Period Ending:** 09/25/14  
**Claims Bar Date:** 08/18/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1901 N. River Road, Algonquin, Illinois 60102 | 425,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Cash on hand | 450.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account at Algonquin State Bank | 1,500.00 | 1,399.84 | | 0.00 | FA |
| 4 | Account at Scotttrade | 9.63 | 9.63 | | 0.00 | FA |
| 5 | Household goods and furnnishings, two computers, | 10,000.00 | 8,000.00 | | 0.00 | FA |
| 6 | Misc. Paper back books, old records, video, prin | 2,000.00 | 1,000.00 | | 0.00 | FA |
| 7 | Necessary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Old (16 years) Rolex watch, Citizen's dive watch | 2,000.00 | 1,550.16 | | 0.00 | FA |
| 9 | Misc firearms, antique outboard motor, pool cues | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 10 | 100% of shares in Commercial Property Associates | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 11 | 50% interest in Spring Hill Center CC 1, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 50% interest in Spring Hill Center CC II, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Claim against Chase Bank, USA for unauthorized u | Unknown | 0.00 | | 0.00 | FA |
| 14 | 1931 Model A Ford | 6,500.00 | 6,500.00 | | 0.00 | FA |
| 15 | 1999 Acura NSX | 21,000.00 | 18,600.00 | | 0.00 | FA |
| 16 | 2001 Ford E-350 Dutchman RV | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 17 | 50% interest in 1999 International 18 foot box t | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 18 | 17 foot canoe | 400.00 | 400.00 | | 0.00 | FA |
| 19 | 1994 23 foot Mariah Boat with trailer (non runni | 5,700.00 | 5,700.00 | | 0.00 | FA |
| 20 | 12 foot Northwood Row Boat with trailer | 400.00 | 400.00 | | 0.00 | FA |
| 21 | 14 foot Lund row boat with trailer | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 22 | John Deere Skidsteer Loader | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 23 | Funds held by Allen Shapiro for the benefit and | 179,482.17 | 179,482.17 | | 180,484.30 | FA |
| 24 | Gold & Silver Coins (u) | 0.00 | 90,000.00 | | 82,814.22 | FA |
| 25 | Global Settlement of all Personal Property | 0.00 | 125,000.00 | | 125,000.00 | FA |
| 26 | Lawsuit against Amcore Bank  10 CV 03357  (u) | Unknown | 0.00 | | 0.00 | FA |
| 26 | **Assets    Totals** (Excluding unknown values) | **$703,441.80** | **$486,541.80** | | **$388,298.52** | **$0.00** |

Printed: 09/25/2014 04:28 PM    V.13.18

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-81264  
**Case Name:** SWANSON, CARL  
**Period Ending:** 09/25/14

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 03/28/11 (f)  
**§341(a) Meeting Date:** 05/02/11  
**Claims Bar Date:** 08/18/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

TAX RETURNS FILED APRIL 7, 2014.  TRUSTEE WAITING 60 DAYS FOR PROMPT DETERMINATION OF TAXES WITH FINAL REPORT TO FOLLOW THEREAFTER.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012   **Current Projected Date Of Final Report (TFR):**   June 3, 2014  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-81264 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | SWANSON, CARL | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ********66 - Checking Account |
| Taxpayer ID #: | **-***9776 | | Blanket Bond: | $472,000.00   (per case limit) |
| Period Ending: | 09/25/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/23/13 | {23} | Allen Shapiro Client Fund | Compromise | 1129-000 | 180,484.30 | | 180,484.30 |
| 01/28/13 | 101 | Northwest Bank of Rockford | Ref # SAFETY DEPOSIT BOX | 2420-000 | | 105.00 | 180,379.30 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.56 | 180,318.74 |
| 02/05/13 | 102 | Arsenal Asset Acquisitions, Inc | Ref # SETTLEMENT PER ORDER DATED 12/25/12 & AGREEMENT | 4210-000 | | 40,000.00 | 140,318.74 |
| 02/05/13 | 103 | Arsenal Asset Acquisitions, Inc | Ref # SAF DEP BOX RENTAL 2012 | 2420-000 | | 110.00 | 140,208.74 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 211.30 | 139,997.44 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 194.65 | 139,802.79 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 214.48 | 139,588.31 |
| 05/02/13 | {25} | Thomas E. Laughlin, Attorney Trust Account | Pymt on Global Settlement by C Swanson | 1129-000 | 25,000.00 | | 164,588.31 |
| 05/09/13 | {24} | Chicago Precious Metals Exchange, LLC | Partial payment - 20% of balance due on Gold & Silver Coins | 1229-000 | 16,562.84 | | 181,151.15 |
| 05/21/13 | {24} | Chicago Precious Metals Exchange, LLC | Remaining Balance Due on Gold & Silver Coins | 1229-000 | 66,251.38 | | 247,402.53 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 286.29 | 247,116.24 |
| 06/03/13 | 104 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #11-81264, Pymt Bond #016018067 Voided on 06/03/13 | 2300-003 | | 186.39 | 246,929.85 |
| 06/03/13 | 104 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #11-81264, Pymt Bond #016018067 Voided: check issued on 06/03/13 | 2300-003 | | -186.39 | 247,116.24 |
| 06/03/13 | 105 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #11-81264, Pymt of Bond #016018067 for 06/01/13 to 06/01/14 | 2300-000 | | 192.49 | 246,923.75 |
| 06/12/13 | 106 | TCF National Bank | Payment per Compromise between Estate and TCF Bank | 4110-000 | | 75,000.00 | 171,923.75 |
| 06/24/13 | {25} | David T. Grisamore IOLTA | Final Payment on Compromise with C Swanson | 1129-000 | 100,000.00 | | 271,923.75 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 313.60 | 271,610.15 |
| 07/03/13 | 107 | BERNARD J. NATALE, LTD | PAYMENT OF INTERIM ATTORNEY FEES & EXPENSES | | | 31,684.79 | 239,925.36 |
| | | | Ref # 05/10/11-06/11/13       31,582.00 | 3110-000 | | | 239,925.36 |
| | | | Ref # 05/10/11-06/11/13       102.79 | 3120-000 | | | 239,925.36 |
| 07/09/13 | 108 | TCF Bank | Final Payment Re: Compromise Settlement | 4110-000 | | 15,000.00 | 224,925.36 |

Subtotals :     $388,298.52        $163,373.16

{} Asset reference(s)                                                                                                                                   Printed: 09/25/2014 04:28 PM    V.13.18

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-81264  
**Case Name:** SWANSON, CARL  

**Taxpayer ID #:** **-***9776  
**Period Ending:** 09/25/14

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | between Estate of C Swanson & TCF Bank | | | | |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 379.45 | 224,545.91 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 322.97 | 224,222.94 |
| 09/10/13 | | Polsinelli | Refund of overpayment to TCF on Check # | 1290-002 | 2,500.00 | | 226,722.94 |
| 09/24/13 | 109 | CRAIG WILLETTE | Pymt of Special Counsel Fees and Expenses | | | 38,037.26 | 188,685.68 |
| | | | Pymt of SC Attorney        37,362.50<br>Fees Per Order Entered<br>9/23/13 | 3210-600 | | | 188,685.68 |
| | | | Pymt of Special Counsel    674.76<br>Expenses Per Order<br>dated 9/23/13 | 3220-610 | | | 188,685.68 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 313.79 | 188,371.89 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 301.71 | 188,070.18 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 252.47 | 187,817.71 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 297.17 | 187,520.54 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 278.71 | 187,241.83 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 251.36 | 186,990.47 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 259.99 | 186,730.48 |
| 04/07/14 | 110 | Illinois Department of Revenue | Tax ID 30-6349776 | 2820-000 | | 253.00 | 186,477.48 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 286.28 | 186,191.20 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 267.80 | 185,923.40 |
| 07/14/14 | 111 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/14/2014 FOR CASE #11-81264, 016018067<br>Voided on 07/14/14 | 2300-003 | | 13.17 | 185,910.23 |
| 07/14/14 | 111 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/14/2014 FOR CASE #11-81264, 016018067<br>Voided: check issued on 07/14/14 | 2300-003 | | -13.17 | 185,923.40 |
| 07/30/14 | 112 | BERNARD J. NATALE | Dividend paid 100.00% on $22,664.93, Trustee Compensation; Reference: | 2100-000 | | 22,664.93 | 163,258.47 |
| 07/30/14 | 113 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $1,465.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: ADVERSARY FEES (5) | 2700-000 | | 1,465.00 | 161,793.47 |
| 07/30/14 | 114 | Internal Revenue Service | Distribution paid 100.00% on $4,705.87; Claim# 7; Filed: $4,705.87; Reference: | 5800-000 | | 4,705.87 | 157,087.60 |
| 07/30/14 | 115 | Illinois Department of Revenue | Distribution paid 100.00% on $11,022.00; | 5800-000 | | 11,022.00 | 146,065.60 |

Subtotals :     $2,500.00     $81,359.76

{} Asset reference(s)

Printed: 09/25/2014 04:28 PM     V.13.18

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-81264  
**Case Name:** SWANSON, CARL  
**Taxpayer ID #:** **-***9776  
**Period Ending:** 09/25/14  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Claim# 8; Filed: $11,022.00; Reference: | | | | |
| 07/30/14 | 116 | American Express Centurion Bank | Distribution paid  7.14% on $755.24; Claim# 1; Filed: $755.24; Reference: | 7100-000 | | 53.96 | 146,011.64 |
| 07/30/14 | 117 | Chase Bank USA, N.A. | Distribution paid  7.14% on $4,202.00; Claim# 2; Filed: $4,202.00; Reference: | 7100-000 | | 300.24 | 145,711.40 |
| 07/30/14 | 118 | First Midwest Bank | Distribution paid  7.14% on $400,000.00; Claim# 3; Filed: $400,000.00; Reference: | 7100-000 | | 28,580.86 | 117,130.54 |
| 07/30/14 | 119 | TCF Bank | Distribution paid  7.14% on $368,156.29; Claim# 4 -2; Filed: $368,156.29; Reference: | 7100-000 | | 26,305.56 | 90,824.98 |
| 07/30/14 | 120 | Bayview Loan Serviciing LLC | Distribution paid  7.14% on $1,210,146.67; Claim# 5; Filed: $1,210,146.67; Reference: | 7100-000 | | 86,467.58 | 4,357.40 |
| 07/30/14 | 121 | BERNARD J. NATALE, LTD. | Combined Check for Claims#FINATTY,FINEXP | | | 4,357.40 | 0.00 |
| | | | Dividend paid 100.00%    4,336.50 on $4,336.50;  Claim# FINATTY; Filed: $4,336.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%    20.90 on $20.90;  Claim# FINEXP; Filed: $20.90 | 3220-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 390,798.52 | 390,798.52 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 390,798.52 | 390,798.52 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$390,798.52** | **$390,798.52** | |

| | |
|---|---|
| Net Receipts : | 390,798.52 |
| Less Other Noncompensable Items : | 2,500.00 |
| Net Estate : | $388,298.52 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ********66** | 390,798.52 | 390,798.52 | 0.00 |
| | $390,798.52 | $390,798.52 | $0.00 |

{} Asset reference(s)